**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-7879**

———————

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

JULIAN JODIAN JAMES, a/k/a Jamaica,

               Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg. Norman K. Moon, Senior District Judge. (6:12-cr-00013-NKM-3)

———————

Submitted: May 19, 2016             Decided: May 31, 2016

———————

Before KING, AGEE, and KEENAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Julian Jodian James, Appellant Pro Se. Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julian Jodian James appeals the district court's order denying her 18 U.S.C. § 3582(c) (2012) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. James, No. 6:12-cr-00013-NKM-3 (W.D. Va. Oct. 20, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED